UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ASHLEY JORDAN,                                    STIPULATION OF
                                                  DISMISSAL WITH
                Plaintiff,        PREJUDICE

vs.                                               16-CV-678(LJV)(HBS)

DOMINO'S PIZZA, INC., et al.,

                Defendants.
_____

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, that this action be, and hereby is, dismissed with prejudice, and without costs.

DATED:    June 5, 2017

                                              Matthew A. Albert, Esq.
                                              *Attorney for Plaintiff*
                                              254 Richmond Avenue
                                              Buffalo, NY 14222
                                              MattAlbertLaw@gmail.com


                                              Mark R. Walling, Esq.
                                              *Attorney for Defendants*
                                              6101 South Park Avenue
                                              Hamburg, NY 14075
                                              (716) 632-2782
                                              mwalling@wallinglaw.com